UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ANTHONY PRISCO, JR.,

    Plaintiff,

v.                                                   Case No: 8:22-cv-817-KKM-AEP

COMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

**ORDER**

    Plaintiff Michael Anthony Prisco, Jr., brings this action challenging Defendant's denial of disability benefits and supplemental security income payments. (Doc. 1.) Defendant moves the Court to enter judgment and remand the case to the Commissioner for further review. (Doc. 20.) Plaintiff does not oppose the motion. The Magistrate Judge issued a Report and Recommendation recommending that the motion be granted. (Doc. 21.)

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review

with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

The fourteen-day deadline for objections to the recommendation has passed. No party objected. After review, the Court concludes that the motion should be granted for the reasons the Magistrate Judge stated.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order for all purposes.

2. The Commissioner's Motion for Remand (Doc. 20) is **GRANTED**.

3. The Clerk is directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is reversed under sentence for of 42 U.S.C. § 405(g) and the case is **REMANDED** for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

4. The Clerk is then directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on November 14, 2022.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record